```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
DIANE DEMARINIS KHAN,                                             :
                                                                  :
                              Plaintiff,                          :   1:20-cv-08734-GHW
                                                                  :
              -against-                                           :   ORDER
                                                                  :
LIFE INSURANCE COMPANY OF NORTH                                   :
AMERICA,                                                          :
                                                                  :
                              Defendant.                          :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2020

GREGORY H. WOODS, District Judge:

On December 4, 2020 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than December 18, 2020. Dkt. No. 10. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's December 4, 2020 order forthwith, and in no event later than January 8, 2021.

SO ORDERED.

Dated: December 29, 2020

_____
GREGORY H. WOODS
United States District Judge